James C. Duff, Respondent, *v.* Lillian .Russell, Appellant.

(Argued May 25, 1892 decided June 14, 1892.)

Appeal from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made December 19, 1891, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Howe & Hummel* for appellant.

*Henry Thompson* for respondent.

Agree to affirm on opinion of Freedman, J., below.
All concur.
Judgment affirmed.

Stacy B. Rettenhouse, Appellant, *v.* Albert D. Winch et al., Respondents.

(Submitted May 25, 1892 ; decided June 14, 1892.)

Appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 6, 1892, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Isaac N. Miller* for appellant.

*John A. Mapes* for respondents.

Agree to affirm on opinion of Daniels, J., below.
All concur.
Judgment affirmed.